IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PRAIRIE POINTE ORTHODONTICS, P.A., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CAPITAL ACCOUNTS, LLC, et al., | ) ) |
| Defendants. | ) ) |

NO. 3:23-cv-00468
JUDGE RICHARDSON

## ORDER

The Parties have signed and filed a joint stipulation of dismissal. (Doc. No. 27). Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the Stipulation sufficed to dismiss this action without any action on the part of the Court. Because the parties have stated that the dismissal is without prejudice, the dismissal in fact is without prejudice.

Accordingly, the Court acknowledges that this action has been **DISMISSED WITHOUT PREJUDICE** effective as of the time of the filing of the Stipulation, and the Clerk is directed to close the file.

The Clerk of the Court is DIRECTED to enter final judgment under Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE